**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,**         )<br>                                       )<br>            Plaintiff,           )<br>                                       )<br>     v.                              )<br>                                       )<br>**AT&T, INC.,**                  )<br>**AT&T MOBILITY LLC**,     )<br>**HTC CORPORATION** and )<br>**HTC AMERICA, INC.** ,    )<br>                                       )<br>            Defendants.        )<br>                                       ) | Civil Action No. 6:12cv19<br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT AT&T INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff Adaptix, Inc. ("Adaptix") hereby voluntarily dismisses without prejudice all claims asserted herein against Defendant AT&T Inc.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as AT&T Inc. has not answered the Complaint or filed a motion for summary judgment, Adaptix submits that this dismissal can be accomplished by the filing of a notice of dismissal. Accordingly, Adaptix notifies the Court and all other parties that AT&T Inc. has been dismissed without prejudice.

Dated: April 11, 2012

By:/s/ Paul J. Hayes (w/permission W. Hill)
  Paul J. Hayes – LEAD ATTORNEY
  Dean G. Bostock
  HAYES, BOSTOCK & CRONIN LLC
  300 Brickstone Square, 9th Fl.
  Andover, Massachusetts  01810
  Tel: (978) 809-3850
  Fax: (978) 809-3869
  Email: phayes@hbcllc.com
  Email: dbostock@hbcllc.com

        T. John Ward, Jr.  
        Texas State Bar No. 00794818  
        J. Wesley Hill  
        Texas State Bar No. 24032294  
        WARD & SMITH LAW FIRM  
        P.O. Box 1231  
        Longview, Texas  75606  
        Tel: (903) 757-6400  
        Fax: (903) 757-2323  
        Email: jw@wsfirm.com  
        Email: wh@wsfirm.com  

**ATTORNEYS FOR ADAPTIX, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 11th day of April, 2012.

        /s/ Wesley Hill  
        Wesley Hill